UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kim R. Fulks,

    Plaintiff,

        v.                        Case No. 2:07cv410

Michael J. Astrue,              Judge Michael H. Watson
Commission of Social Security,

    Defendant.

## OPINION AND ORDER

Before the Court is Magistrate Judge Kemp's Report and Recommendation (hereinafter "Report") (Doc.14).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice the parties would waive further appeal if they failed to file objections to the Report in a timely manner. See *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). To date, no objections to the Report were filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. §636, the Court finds no error in the Report. Accordingly, the Report (Doc. 14) is hereby **ADOPTED**. Accordingly, Plaintiff's statement of errors is **OVERRULED** and judgment is in favor of Defendant.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**